CHARLENE BENTON *v.* EDWIN BENTON

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*William F. Gallagher,* for the appellee (plaintiff).
*Nicholas Triffin,* for the appellant (defendant).

Argued October 1—decided October 1, 1974

JEFFREY RICHTER *v.* FREDERICK MASSOTTA ET AL.

The motion by the third-party plaintiffs Frederick Massotta et al. to dismiss the appeal of the third-party defendant Albert DeMartino from the Superior Court in New Haven County is granted.

*James A. Shanley, Jr.,* for the appellees (third-party plaintiffs Massotta et al.).
*Barry J. Sinoway,* for the appellant (third-party defendant DeMartino).

Argued October 1—decided October 1, 1974

THE RAYMOND CONSTRUCTION CORPORATION *v.* STATE OF CONNECTICUT

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*John P. Kane,* for the appellee (plaintiff).
*Harry W. Hultgren,* assistant attorney general, for the appellant (state).